People v Vargas (2025 NY Slip Op 02939)

People v Vargas

2025 NY Slip Op 02939

Decided on May 14, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
DEBORAH A. DOWLING
BARRY E. WARHIT
LILLIAN WAN, JJ.

2017-13422
 (Ind. No. 19/16)

[*1]The People of the State of New York, respondent,
v
Nolberto Contreras Vargas, appellant.

Patricia Pazner, New York, NY (Anna Jouravleva of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Roni C. Piplani, and Joseph M. DiPietro of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Deborah Stevens Modica, J.), rendered November 17, 2017, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence. By decision and order dated December 28, 2022, this Court reversed the judgment and ordered a new trial (see People v Vargas, 211 AD3d 1046). On June 13, 2024, the Court of Appeals reversed the decision and order of this Court and remitted the matter to this Court for consideration of the facts and issues raised but not determined on appeal to this Court (see People v Vargas, 42 NY3d 983). Justice Warhit has been substituted for former Justice Zayas (see 22 NYCRR 1250.1[b]).
ORDERED that, upon remittitur from the Court of Appeals, the judgment is affirmed.
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
To the extent the defendant challenges a sua sponte objection made and curative instructions given by the trial court during defense counsel's summation, his contention is unpreserved for appellate review (see CPL 470.05[2]).
The defendant's remaining contentions are without merit.
DILLON, J.P., DOWLING, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court